1  Kristol Bradley Ginapp
   Nevada Bar No. 8468
2  E-Mail: kristol.ginapp@bullivant.com
   Ronald J. Clark, admitted *pro hac vice*
3  OSB #880328
   E-Mail: ron.clark@bullivant.com
4  BULLIVANT HOUSER BAILEY PC
   3883 Howard Hughes Parkway, Suite 550
5  Las Vegas, Nevada 89169
   Telephone: 702.669.3600
6  Facsimile: 702.650.2995

7  Attorneys for Defendants Fireman's Fund
   Insurance Company and The American
8  Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RAMPARTS, INC., a Nevada Corporation, d/b/a/ Luxor Hotel and Casino,

Plaintiff,

v.

FIREMAN'S FUND INSURANCE COMPANY, a California Corporation; THE AMERICAN INSURANCE COMPANY, an unknown entity; and DOES 1-50, inclusive,

Defendants.

Case No. 2:09-cv-00371-RLH-LRL

**STATUS REPORT AND STIPULATED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER**

Defendants Fireman's Fund Insurance Company and The American Insurance Company, by and through their attorneys of record, Bullivant Houser Bailey, PC, and Plaintiff Ramparts, Inc., by and through its attorneys of record, Howrey LLP, in association with Santoro, Driggs, Walch, Kearney, Holley & Thompson, stipulate and agree, and ask the Court to find as follows:

1. The parties engaged in a full-day mediation before the Hon. Robert Dossee (Ret.) in San Francisco, California on November 12, 2010, which did not resolve the case.

2. Despite best efforts of counsel to complete the Pretrial Order by the current

1  deadline, due to scheduling conflicts, an additional week is needed by the parties to complete
2  the Pretrial Order.
3      It is therefore agreed that:
4      3.    The Pretrial Order lodging date of November 19, 2010 should be continued to
5  November 29, 2010.

8  DATED: November 19, 2010

                    BULLIVANT HOUSER BAILEY PC

                    By _____
                    Kristol Bradley Ginapp
                    Nevada Bar No. 8468
                    Ronald J. Clark, admitted *pro hac vice*
                    Oregon Bar No. 880328
                    3883 Howard Hughes Parkway, Suite 550
                    Las Vegas, Nevada  89169
                    Telephone: 702.669.3600
                    Facsimile: 702.650.2995

Attorneys for Fireman's Fund Insurance Company and The American Insurance Company

HOWREY LLP

17  DATED: Nov. 19, 2010

By _____
Clark T. Thiel
Nevada Bar No. 10778
E-Mail:  ThielC@Howrey.com

Attorneys for Plaintiff Ramparts, Inc.

IT IS SO ORDERED.

DATED:  11-24-10

_____
UNITED STATES MAGISTRATE JUDGE