```
 1  DENNIS R. HANEY, ESQ.
    Nevada Bar No. 0016
 2  SHEMILLY A. BRISCOE, ESQ.
    Nevada Bar No. 9985
 3  SANTORO, DRIGGS, WALCH,
    KEARNEY, HOLLEY & THOMPSON
 4  400 South Fourth Street, Third Floor
    Las Vegas, Nevada 89101
 5  Telephone:   (702) 791-0308
    Facsimile:   (702) 791-1912
 6  E-Mail:      dhaney@nevadafirm.com

 7  In Association With

 8  CLARK T. THIEL, ESQ.
    Nevada Bar No. 10778
 9  JONES DAY
    555 California Street, 26th Floor
10  San Francisco, California 94104
    Telephone:   (415) 626-3939
11  Facsimile:   (415) 875-5700
    E-Mail:      cthiel@jonesday.com
12
    Attorneys for Plaintiff Ramparts, Inc.
13
```

*Attorneys for Plaintiff Ramparts, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RAMPARTS, INC., a Nevada Corporation, d/b/a/ Luxor Hotel and Casino,<br><br>Plaintiff,<br><br>vs.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California Corporation; THE AMERICAN INSURANCE COMPANY, an unknown entity; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:09-CV-00371-RLH-(LRL)<br><br>**SUBSTITUTION OF COUNSEL OF RECORD** |

This Substitution of Counsel of Record is submitted pursuant to LR IA 10-6 and 7-1.

////

////

////

1   Plaintiff Ramparts, Inc. hereby authorizes and consents to the substitution of the law firm of
2   Jones Day in the place of law firm of Howrey LLP as Ramparts, Inc.'s associated counsel of record in
3   this action.
4   DATED this _____ day of March, 2011.

RAMPARTS, INC.

By: _____
    Will Martin, Esq.
Its: Vice President and General Counsel

The law firm of Howrey LLP hereby authorizes and consents to the substitution of the law firm
of Jones Day in its place as associated counsel of record for Ramparts, Inc. in this action.
DATED this _____ day of March, 2011.

HOWREY LLP

_____
Robert Phillips, Esq.
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel: (415) 848-4900
Fax: (415) 848-4999

The law firm of Jones Day hereby approves and consents to its substitution in the place of the
law firm of Howrey LLP as associated counsel of record for Ramparts, Inc. in this action.
DATED this _____ day of March, 2011.

JONES DAY

_____
Clark T. Thiel, Esq.
Nevada Bar No. 10778
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: (415) 626-3939
Fax: (415) 875-5700

28  ////

2.
SUBSTITUTION OF COUNSEL OF RECORD

APPROVED.

DATED this __14th__ day of March, 2011.

*[signature]*

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

*Ramparts, Inc. vs. Fireman's Fund Insurance Company, et al.*
U.S.D.C., District of Nevada, Case No 2:09-cv-00371-RLH-LRL

      I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104.

      On March 10, 2011, I caused to be served the document(s) described as:

**SUBSTITUTION OF COUNSEL OF RECORD**

on the interested parties in said action as follows:

    Ronald J. Clark, Esq.
    Bullivant Houser Bailey PC
    888 S.W. Fifth Avenue, Suite 300
    Portland, OR  97204

    *Attorneys for Defendants*
    *Fireman's Fund Insurance Company and The American Insurance Company*

[X]  **BY ELECTRONIC FILING AND SERVICE with the Clerk of the Court using the CM/ECF System** in accordance with F.R.C.P. 5(b)(2)(E) and the above Court's Local Rules, I electronically filed the foregoing with the Clerk of the Court of the United States District Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on March 10, 2011, at San Francisco, California.

                                                    */s/ Claire Delacroix*
                                                        Claire Delacroix

SFI-663863v1