# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAMPARTS, INC., | |
| Plaintiff(s), | Case No. 2:09-cv-371-RLH-LRL |
| vs. | **O R D E R** |
| FIREMAN'S FUND INSURANCE COMPANY, *et al.,* | (Motion for Relief–#173) |
| Defendant(s). | |

Before the Court is Defendant Fireman's Fund's Motion for Relief from Order or, in the Alternative, Motion for Reconsideration of the Clerk's Memorandum Regarding Taxation of Costs (#173, filed September 6, 2011). The Court has also considered Plaintiff's Opposition (#174) and Fireman's Fund's Reply (#175).

The Motion will be denied for the following reasons:

The Motion is untimely. Local Rule 54.1(a) requires a prevailing party to serve and file a bill of costs no later than 14 days after entry of judgment. Having obtained summary judgment on June 7, 2010, Fireman's Fund is more than a year late.

While the Court finds that Fireman's Fund should be considered a prevailing party against Plaintiff, the Bill of Costs, together with the Memorandum in Support thereof, do not adhere to the Local Rules in that they do not "verif[y] and distinctly set forth each item so that its nature can be readily understood." Local Rule 54.1(b). For example, fees for an out-of-state attorney to appear are not recoverable. This item was not distinctly set forth for other costs that might be recoverable.

1

1  The Court was just given a lump sum.  Transcripts are not recoverable unless requested by the Court.
2  The cost associated with one copy of a deposition is recoverable, but the claimed costs for depositions
3  are not broken out either in the Bill of Costs or the Memorandum in support thereof.   The costs for
4  printing, reproduction and exemplification are not taxable unless ordered by the Court Local Rule 54-
5  6.  Costs for postage, messenger services and delivery fees are not taxable.  Finally, a mediator's fees,
6  particularly those which occurred after judgment, are not taxable.

7        IT IS THEREFORE ORDERED that Defendant Fireman's Fund's Motion for Relief
8  from Order or, in the Alternative, Motion for Reconsideration of the Clerk's Memorandum Regarding
9  Taxation of Costs (#173) is DENIED.

10       Dated: October 28, 2011.

_____

**Roger L. Hunt**
**United States District Judge**